# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: APPOINTMENT TO | : | No. 664 |
| | : | |
| PENNSYLVANIA BOARD OF | : | SUPREME COURT RULES DOCKET |
| | : | |
| LAW EXAMINERS | : | |

## <u>O R D E R</u>

**PER CURIAM:**

AND NOW, this 30th day of March, 2015, David R. Fine, Esquire, Dauphin County, is hereby appointed as a member of the Pennsylvania Board of Law Examiners for a term of three years commencing April 1, 2015.